IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>AIRTEKS MECHANICAL SERVICES, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br><br>and related case<br>_____/ | No. C 04-2531 SBA<br>No. C 05-1758 SBA<br><br>**ORDER**<br><br>[Docket Nos. 31, 45 in Case No. C 04-2531]<br><br>[Docket Nos. 21, 43 in Case No. C 05-1758] |

This matter comes before the Court on Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Consolidated Motions for Default Judgment [Docket No. 50 in Case No. C 04-2531; Docket No. 48 in Case No. C 05-1758]. None of the parties to the instant action has filed any objections to the report.

Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Motion for Default Judgment.

Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Motion for Default Judgment [Docket No. 50 in Case No. C 04-2531; Docket No. 48 in Case No. C 05-1758] is ADOPTED IN ITS ENTIRETY.

IT IS FURTHER ORDERED THAT Plaintiffs' Consolidated Motions for Default Judgment are GRANTED as set forth in the Report and Recommendation. A separate judgment shall be entered

forthwith.  <u>This Order terminates Docket Nos. 31, 45 in Case No. C 04-2531 and Docket Nos. 21, 43 in Case No. C 05-1758</u>.

IT IS FURTHER ORDERED THAT Plaintiffs are hereby granted leave to reapply to the Clerk for entry of default against Defendant Jerome Bohland ("Bohland") <u>no later than February 24, 2006.</u>  If default is entered, Plaintiffs must file a motion for default judgment against Bohland <u>no later than March 3, 2006</u>. Plaintiffs are expressly warned that if they fail to comply with either of the deadlines set forth herein, the Court shall, without providing further notice to Plaintiffs, dismiss Bohland from this lawsuit without prejudice and direct the Clerk to close the case files.

IT IS FURTHER ORDERED THAT the remaining parties to both Case No. C 04-2531and Case No. C 05-1758 shall appear for a <u>telephonic</u> Case Management Conference on **Thursday, April 13, 2006 at 3:15 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.  If Plaintiffs choose to voluntarily dismiss Bohland from this lawsuit prior to the Case Management Conference, the Court will vacate the Case Management Conference and Plaintiffs will be relieved of their obligation to appear.

IT IS SO ORDERED.

Dated: 2/7/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2