**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al., | No. C 04-2531 SBA<br>No. C 05-1758 SBA |
| Plaintiffs. | |
| v. | **ORDER** |
| AIRTEKS MECHANICAL SERVICES, INC., et al., | [Docket No. 55 - Case No. C 04-2531 SBA]<br>[Docket No. 53 - Case No. C 05-1758 SBA] |
| Defendants. | |

For good cause showing,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Amend this Court's February 8, 2006 Judgment to Account for Interest [Docket No. 55 - Case No. C 04-2531 SBA; Docket No. 53 - Case No. C 05-1758 SBA] is GRANTED.  An amended judgment shall be issued forthwith.

IT IS SO ORDERED.

Dated: 3/7/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge