**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al., | No. C 04-2531 SBA (WDB)<br>No. C 05-1758 SBA (WDB) |
| Plaintiffs, | ORDER SETTING DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| AIRTEKS MECHANICAL SERVICES, INC., et al., | |
| Defendants.<br>_____/ | |

The above matter has been referred to the undersigned for a Report & Recommendation regarding plaintiffs' motion for default judgment against defendant Jerome Bohland. The hearing on plaintiffs' motion is hereby scheduled for **April 18, 2006, at 1:30 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

Defendants' opposition must be served and filed no later than **March 28, 2006.** Any reply to the opposition must be served and filed no later than **April 4, 2006.**

<u>Plaintiffs are directed to immediately serve a copy of this order (and a copy of their moving papers, if they have not already done so) on defendants Jerome Bohland, Airteks Mechanical Services, Inc., and Airteks Mechanical Services Co. d/b/a/ Airteks Mechanical</u>

1

Services, Inc.[1] If plaintiffs' counsel cannot locate defendants after a reasonable, good-faith, effort, they must submit a declaration documenting their efforts to effectuate such service.

IT IS SO ORDERED.

Dated: March 8, 2006                                     /s/ Wayne D. Brazil
                                                        WAYNE D. BRAZIL
                                                        United States Magistrate Judge

Copies to:

    Plaintiffs with direction to serve defendants,
    WDB, SBA.

---

[1] The Court also directs plaintiffs to e-file a proof of service immediately upon service of the above-referenced documents on defendants.

2